1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14  ANDREW KWASI DONKOR,              )   Case No. EDCV 14-01408-GW (DTB)
                                      )
15                   Petitioner,      )
                                      )   ORDER ACCEPTING FINDINGS,
16         vs.                        )   CONCLUSIONS AND
                                      )   RECOMMENDATIONS OF UNITED
17  KIM HOLLAND, Warden,              )   STATES MAGISTRATE JUDGE
                                      )
18                   Respondent.      )
                                      )
19
20          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

21  Petition, all the records and files herein, and the Report and Recommendation of the

22  United States Magistrate Judge. Objections to the Report and Recommendation have

23  been filed herein. Having made a de novo determination of those portions of the

24  Report and Recommendation to which objections have been made, the Court concurs

25  with and accepts the findings, conclusions and recommendations of the Magistrate

26  Judge with the following exceptions: At page 8, lines 4-19 of the Report and

27  Recommendation, the Magistrate Judge sets out the test for determining whether gap

28  tolling is appropriate for two filings in the same court. In that test, there is no mention

1

of whether any delay is or is not reasonable. At page 9, line 23 through page 10, line 23, the Report and Recommendation then introduces a requirement of "reasonable" delay, but it appears to draw that requirement from cases involving filings in different state courts. Here, the question is whether there should be gap tolling between the filing of petitions in the same court, i.e. the California Supreme Court. <u>See</u> Report and Recommendation at page 8, lines 1-4. The Court declines to adopt the analysis in the Report and Recommendation regarding "reasonable delay," set forth at page 8, line 25 through page 9, line 13.

At page 6, line 24, a comma should be inserted between "15" and "2013."

At page 8, line 18, the decision of "<u>Stancie v. Clay</u>" should read "<u>Stancle v. Clay.</u>"

In light of the following exceptions, IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted and that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: June 12, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE